**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| LATHAM QUALITY, INC., on behalf of itself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br><br>BAYER CROPSCIENCE LLC, et al.<br><br>    Defendants. | Case No.: |

**PLACEHOLDER FOR COMPLAINT FILED UNDER SEAL**