**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

LATHAM QUALITY, INC., on behalf of
itself and others similarly situated,

        Plaintiff,

  v.

BAYER CROPSCIENCE LLC, et al.

        Defendants.

Case No.:    4:26-cv-00591

### PLAINTIFF'S MOTION FOR SEALING

Plaintiff Latham Quality, Inc., in accordance with Local Rule 13.05, requests leave to file under seal its Complaint. A sealed memorandum in support of this unsealed motion is being filed contemporaneously herewith. In support of Plaintiff's Motion for Sealing, Plaintiff states as follows:

1.    The Complaint alleges Defendants' entered into an unlawful agreement and unlawfully monopolized, or maintained a monopoly over, (1) an upstream input market for genetically modified ("GE") corn seed traits that are glyphosate tolerant (NK603 or its close substitutes), for use in commercial hybrid corn seed, and (2) the downstream market for hybrid GE corn seed that include NK603 or its close substitutes ("Relevant Markets"). Through its unlawful monopolization Defendants charged supracompetitive prices for NK603, a GE trait that confers glyphosate tolerance in corn seed, and foreclosed entry of generic versions of that trait, which would have lowered prices, following expiration of its last United States patent in November 2022. In addition, the Complaint alleges other anticompetitive acts, including price

discrimination in violation of the Robinson-Patman Act, and violations of state laws. Plaintiff seeks to represent itself and a class of similarly situated independent seed companies that produced and sold hybrid corn seed containing NK603, pursuant to a "Corn Product License Agreement (without Development Rights)," or pursuant to an agreement with materially the same terms, with Monsanto Company and/or its Assignee.

2.      Plaintiff seeks damages and an injunction to restore competition to the Relevant Markets.

3.      The Complaint cites information and quotes language from Defendants' anticompetitive licensing agreements and loyalty agreements. These agreements state that their terms are not for distribution without written consent and constitute confidential information.

4.      "Generally speaking, there is a common-law right of access to judicial records, but that right is not absolute." *Flynt v. Lombardi,* 885 F.3d 508, 511 (8th Cir. 2018). "The presumption of public access to judicial records may be overcome if the party seeking to keep the records under seal provides compelling reasons for doing so." *Id.* (citing *In re Neal*, 461 F.3d 1048, 1053 (8th Cir. 2006)). Here, in order to comply with their contractual obligations to maintain confidentiality, Plaintiff seeks leave to file the Complaint under seal.

5.      Plaintiff does not expect the Complaint to remain under seal in its entirety but believes it would be prudent to confer with Defendants, after entry of Defendants' appearances, to determine which allegations Defendant will seek to remain confidential and redacted.

6.      Thus, Plaintiff proposes that within 14 days after U.S.-domiciled Defendants enter their appearance, the parties shall confer regarding which specific portions of the Complaint, if any, Defendants contend are genuinely confidential and warrant redaction. Within 14 days after conferral, Plaintiff shall file either (1) a redacted public version of the Complaint reflecting any

2

agreed-on or Court-approved redactions, or (2) a status report advising the Court of any dispute requiring resolution.

For these reasons, and those stated in the accompanying sealed memorandum, Plaintiff respectfully requests leave to file the complaint under seal.

Dated: April 21, 2026

Respectfully Submitted,

*/s/ Bradley T. Wilders*
George A. Hanson, 43450(MO)
Bradley T. Wilders, 60444(MO)
Stefon David, Mo. Bar. 72761 (Pro Hac Vice Forthcoming)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Rd Suite 200
Kansas City, Missouri 64113
816-714-7100 – telephone
hanson@stuevesiegel.com
wilders@stuevesiegel.com
david@stuevesiegel.com

Tracey F. George, 52361(MO)
**DAVIS GEORGE, LLC**
1600 Genessee St., Ste 328
Kansas City, MO 64102
816-569-2629 - telephone
tracey@dgmlawyers.com

Don M. Downing, 30405(MO)
Gretchen Garrison, 33963(MO)
**GRAY RITTER GRAHAM**
701 Market St., Ste. 800
St. Louis, MO 63101
314-241-5620 - telephone
ggarrison@grgpc.com
ddowning@grgpc.com

*Attorneys for Plaintiff and Proposed Class*

3