UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LATHAM QUALITY, INC.,                        )
                                             )
        Plaintiff(s),                        )
                                             )
    v.                                       )        No. 4:26-CV-00591-RHH
                                             )
BAYER AKTIENGESELLSCHAFT (BAYER              )
AG), et al.,                                 )
                                             )
        Defendant(s).                        )

## <u>AMENDED ORDER</u>

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this

case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from

Magistrate Judge Rodney H. Holmes to District Judge Maria A. Lanahan.

<u>May 14, 2026</u>                            *Nathan M. Graves* _____ /
Date                                          Clerk of Court

                                       By:   /s/ Jacqueline Parker _____ /
                                             JACQUELINE PARKER
                                             Deputy Clerk


**In all future documents filed with the Court, please use the following case number:
4:26-CV-00591-MAL**