# Att. 2

DocuSign Envelope ID: E6D66222-2DC4-4B21-8686-A339CFB298FE

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

**SMARTSTAX® PRO CORN ADDENDUM**

*(without Development Rights)*

This SmartStax® PRO Corn Addendum without Development Rights (the "SmartStax PRO Corn Addendum") is made and effective by and among Bayer CropScience LP ("BCS"), Corteva Agriscience LLC (formerly known as Dow AgroSciences LLC), Agrigenetics, Inc. (collectively "Corteva") and Latham Hi-Tech Hybrids, Inc. ("Licensee"), regarding the non-exclusive license of certain patent rights and proprietary technology of BCS and Corteva for use in producing hybrid Corn seed that contain certain transgenic events as set forth herein.  Based on the consideration set forth in the Corn Product License Agreement without Development Rights (the "Corn Product License Agreement") and/or recited below, Corteva, BCS and Licensee agree and covenant as set forth below.

**Section 1- Structure of the Agreement and Relationship of the Parties**

1.01    Corteva has certain proprietary rights, including patents and other intellectual property, technical information, expertise, and know-how, relating to agriculturally-useful Corn products, and also to methods of producing and using such products.

1.02    BCS has entered into an agreement with Corteva by which certain of Corteva's proprietary rights can be made available under a limited license to Licensee.

1.03    Licensee is interested in obtaining a limited license for certain Licensed Products defined in this SmartStax PRO Corn Addendum in order to produce and sell such Licensed Products.

1.04    BCS and Corteva desire to grant Licensee a limited license for certain Corn products defined in this SmartStax PRO Corn Addendum, all upon the terms and conditions provided herein.

1.05    Corteva appointed BCS to act as Corteva's agent for the limited purpose of: (i) marketing Licensed Product to, and administering this SmartStax PRO Corn Addendum with Licensee; (ii) conveying to Licensee such information and instructions that Corteva is to provide Licensee; and (iii) conveying to Corteva information of Licensee, as required to effectuate the purposes of this SmartStax PRO Corn Addendum.

1

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

DocuSign Envelope ID: E6D66222-2DCA-4B21-9686-A339CFB298FE

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

## Section 2 – Definitions & Incorporation of Corn Product License Agreement Terms

For purposes of this SmartStax PRO Corn Addendum, the following words and phrases shall have the meanings set forth below.  In addition, this SmartStax PRO Corn Addendum incorporates all the definitions, terms, conditions and obligations of the Corn Product License Agreement to which this SmartStax PRO Corn Addendum is attached in their entirety.  The definitions, terms, conditions and obligations of the Corn Product License Agreement are intended to supplement the definitions, terms, conditions and obligations of this SmartStax PRO Corn Addendum.  In the event that the express language of a provision of this SmartStax PRO Corn Addendum can only be interpreted in a manner that contradicts a term of the Corn Product License Agreement, then the express term of this SmartStax PRO Corn Addendum shall control solely for purposes of this SmartStax PRO Corn Addendum.  Furthermore, the numbering of provisions in this SmartStax PRO Corn Addendum are numbered sequentially for convenience only and shall not be construed as to replace or eliminate any term or condition of the Corn Product License Agreement having the same or similar numbering.

2.01    The term "Contract Producer" means a Person, company or other entity acceptable to BCS and bound by a written agreement with Licensee to produce License Product.  The terms of such written agreement shall be in full compliance with the applicable provisions of this SmartStax PRO Corn Addendum.

2.02    The term "Corteva" means collectively Corteva Agriscience LLC a limited liability company and Agrigenetics, Inc., each established under the laws of the State of Delaware, each having its principal place of business at 9330 Zionsville Road, Indianapolis, Indiana 46268.

2.03    The term "Corteva SmartStax PRO Corn Female Inbred Rights" means any and all rights Corteva or any of its Affiliates possesses now or in the future in and to any of the SmartStax PRO Corn Female Inbreds listed in Schedule A.

2.04    The term "Corteva SmartStax PRO Corn Male Inbred Rights" means any and all rights Corteva or any of its Affiliates possesses now or in the future in and to any of the SmartStax PRO Corn Male Inbreds listed in Schedule A.

2.05    The term "Corteva SmartStax PRO Know-How" means any proprietary knowledge and/or information relating to the TC1507 Corn Event or the DAS-59122-7 Corn Event that has been or will be disclosed to Licensee under the terms of this SmartStax PRO Corn Addendum.

2

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

DocuSign Envelope ID: E6D66222-2DC4-4B21-9686-A339CFB298FE

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

2.06    The term "Corteva SmartStax PRO Patent Rights" means all Patents in the Territory owned, co-owned or controlled by Corteva or its Affiliates, or in-licensed by Corteva or its Affiliates with the right to sublicense to Licensee, that Cover the DAS-59122-7 Corn Event, the TC1507 Corn Event, the MON87427 Corn Event, the MON87411 Corn Event, and/or the MON89034 Corn Event alone or in combination, Corteva SmartStax PRO Corn Female Inbreds, and/or Corteva SmartStax PRO Corn Male Inbreds, and are posted by BCS from time to time, in its capacity as agent for Corteva, on www.corn-states.com.

2.07    The term "DAS-59122-7 Corn Event", "DAS-59122-7 Event" or "DAS-59122-7" means the transgenic Corn Event approved by the U.S. Environmental Protection Agency in EPA Registration No. 68467-5.

2.08    The term "Glufosinate" shall mean DL-homo-alanin-4-yl(methyl)phosphinate, its salts and optical isomers thereof.

2.09    The term "MON87427 Corn Event", "MON87427 Event" or "MON87427" means the transformation event identified in United States Department of Agriculture (USDA) petition No. 10-281-01p.

2.10    The term "MON87411 Corn Event", "MON87411 Event" or "MON87411" means the Corn Event approved by the U.S. Environmental Protection Agency in EPA Registration No. 524-618.

2.11    The term "MON89034 Corn Event", "MON89034 Event" or "MON89034" means the Corn Event approved by the U.S. Environmental Protection Agency in EPA Registration No. 524-575.

2.12    The term "Licensed Product" means (i) hybrid seed corn containing MON87427 Corn Event, MON87411 Corn Event, MON89034 Corn Event, TC1507 Corn Event, and DAS-59122-7 Corn Event and produced by single-cross mating of one of the inbred combinations set forth in Schedule A or (ii) a Refuge Blend of hybrid seed corn comprised of the hybrids set forth in Schedule A.

2.13    The term "Licensed SmartStax PRO Event(s)" means the following Licensed Events; the DAS-59122-7 Corn Event, the MON87427 Corn Event, the MON87411 Corn Event, the MON89034 Corn Event and/or the TC1507 Corn Event.

2.14    The term "Net-Product Royalty" shall mean the Product Royalty less: (i) any grower refund, rebate, promotional allowance, or other incentive on Licensed Product provided by BCS directly to

3

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

DocuSign Envelope ID: E6D66222-2DCA-4B21-9686-A339CFB298FE

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

growers; and/or (ii) any Licensee refund, rebate, promotional allowance or other incentive on Licensed Product provided by BCS directly to Licensee.

2.15     The term "Party" shall mean Corteva, BCS or Licensee, as the case may be.  The term "Parties" shall mean Corteva, BCS and Licensee, collectively.

2.16     The term "Refuge Blend" shall mean a specific ratio of hybrid seed corn containing (i) all of the DAS-59122-7, TC1507, MON87411, and MON89034 Events or (ii) all of the DAS-59122-7, TC1507, MON87427, MON87411, and MON89034 Events, produced by single-cross mating of one of the inbred combinations listed in Schedule A, and hybrid refuge seed corn (licensed to Licensee under a separate license or another Licensed Product Addendum) which does not contain any of those listed events, but does contain one or more herbicide tolerant events, which ratio must be achieved by procedures specified by BCS for itself and/or in its capacity as agent for Corteva.

2.17     The term "Seed Services Fee" shall mean the amount, if any, to be paid to Licensee under subsection 4.01 and described in Appendix C, as may be amended from time to time by BCS.

2.18     The term "SMARTSTAX® Corn Female Inbred" means a Corn inbred listed in Schedule A containing the MON87427 Corn Event, the MON89034 Corn Event and the TC1507 Corn Event, and no other transgenic event or trait, which is used as the female parent in the production of Licensed Product listed in Schedule A.

2.19     The term "SmartStax PRO Corn Male Inbred" means a Corn inbred listed in Schedule A containing the DAS-59122-7 Corn Event and the MON87411 Corn Event and no other transgenic event or trait, which is used as the male parent in the production of Licensed Product listed in Schedule A.

2.20     The term "TC1507 Corn Event", "TC1507 Event", or "TC1507" means the Corn Event approved by the U.S. Environmental Protection Agency in EPA Registration No. 68467-2.

2.21     The term "Third Party," or "Third Parties" mean, for purposes of this SmartStax PRO Corn Addendum, any Person, organization, firm, corporation, partnership, or entity other than Corteva, BCS, Licensee and their respective Affiliates.

2.22     The term "Trademark Usage Guidelines" shall mean the guidelines attached hereto as Appendix A, as may be amended from time to time by BCS.

4

DocuSign Envelope ID: E6D66222-2DCA-4B21-9686-A339CFB298FE

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

**Section 3 - Conveyance of Rights**

3.01    **License Grant by BCS**:  Subject to the early termination of one or both rights as set forth in subsection 8.01, BCS hereby grants, and Licensee hereby accepts a limited, non-transferable, revocable, non-exclusive, royalty-bearing license in the Territory under the Licensed Rights, the BCS Rights and the BCS Know-How to: (i) produce and have produced each Licensed Product in the Licensed Production Field using Parental Inbred Seed listed in Schedule A and purchased from BCS or a designated supplier, and (ii) sell and have sold each Licensed Product in the Licensed Retail Field.

3.02    **License Grant by Corteva:**  Subject to the early termination of one or both rights as set forth in subsection 8.01, Corteva hereby grants, and Licensee hereby accepts a limited, non-transferable, revocable, non-exclusive, royalty-bearing license in the Territory under the Corteva SmartStax PRO Know-How, Corteva SmartStax PRO Patent Rights, Corteva SmartStax PRO Female Inbred Rights and Corteva SmartStax PRO Male Inbred Rights to: (i) produce and have produced each Licensed Product in the Licensed Production Field using Parental Inbred Seed listed in Schedule A and purchased from BCS or a designated supplier, and (ii) sell and have sold each Licensed Product in the Licensed Retail Field.

3.03    **General Restrictions:**

(a)    No sublicensing.  This license does not include the right to grant sublicenses under any Corteva SmartStax PRO Know-How, Corteva SmartStax PRO Patent Rights, Corteva SmartStax PRO Female Inbred Rights and Corteva SmartStax PRO Male Inbred Rights.

(b)    Reservation of Rights.  Except for those rights to Corteva SmartStax PRO Know-How, Corteva SmartStax PRO Patent Rights, Corteva SmartStax PRO Female Inbred Rights and Corteva SmartStax PRO Male Inbred Rights expressly granted in this SmartStax PRO Corn Addendum, Corteva reserves all other rights and privileges.

(c)    Field of Use Restriction.  The rights granted to Licensee are strictly limited to the Licensed Production Field and Licensed Retail Field.  Licensee is not licensed to, and shall not use the DAS-59122-7 Corn Event or TC1507 Corn Event for any other purpose outside of the Licensed Production Field and Licensed Retail Field.

(d)    Territorial Restrictions.  Licensee is not licensed in any country outside the Territory for any purpose.  Licensee shall not introduce or use the DAS-59122-7 Corn Event or TC1507 Corn Event or biological materials containing DAS-59122-7 Corn Event or TC1507 Corn Event in any country outside of the Territory or make any use of materials containing DAS-59122-7 Corn Event or TC1507 Corn Event supplied to Licensee by a Third Party that is not expressly licensed by Corteva to supply such materials to Licensee in the Territory.

(e)    Material Breach.  Any breach of this subsection 3.03 shall constitute a material breach of this SmartStax PRO Corn Addendum.

5

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

DocuSign Envelope ID: E6D66222-2DCA-4B21-8686-A339CFB298FE

## SUBJECT TO CONFIDENTIALITY RESTRICTIONS

(f)    No Breeding.  Licensee is not licensed to, and shall not conduct any breeding activities with any Licensed Product developed by Corteva or by one of its Affiliates, or by any Third Party and listed in a schedule to this Agreement,

(g)    Distribution to Third Parties.  Licensee is not licensed to, and shall not sell or transfer any Licensed Product to any Third Party, except as expressly authorized in this SmartStax PRO Addendum.

3.04    **Trademark Usage:**

(a)    Subject to all terms and conditions, BCS hereby grants to Licensee a non-exclusive, non-transferable, royalty-free license (or sublicense in the case of the Bayer-owned trademarks) to use the trademarks listed in Appendix A.  This license may be terminated by BCS at any time by giving notice to Licensee.  Licensee shall fully comply with all the Trademark Usage Guidelines, which may be modified from time to time by BCS.  Licensee shall conspicuously display these trademarks and any logos pursuant to Appendix A and the guidelines set out on www.corn-states.com or other guidelines provided by BCS on all seed packages of Licensed Products, as well as all promotional and advertising material for Licensed Products displaying any of the Trademarks.  Licensee agrees to obtain and use the most current requirements including the appropriate trademark attribution statement prior to printing any packaging or other materials for Licensed Products.  BCS will notify Licensee either in writing or by posting the information on www.corn-states.com when any of the Trademarks achieves registration and Licensee agrees to insert the word "registered" before the word "trademark" or "trademarks" in the above referenced attribution statements, or otherwise modify such statements, as soon as reasonably possible after receipt of such notice.

(b)    Upon notice to Licensee, BCS can substitute other trademarks to be used by Licensee in place of any of the trademarks then in use under license from BCS pursuant to the terms of subsection 3.04(a).  Upon such notice by BCS, Licensee shall promptly cease use of such trademark and commence use of such substitute trademark.  BCS shall notify Licensee by May 1 prior to the Fiscal Year in which the substitute trademark is to be first used.  Licensee shall be permitted to continue use of the current trademark for a period of time, not to exceed one Fiscal Year from such notice, to exhaust inventory of seed packaging and other materials containing the trademark to be discontinued.

(c)    In the event that BCS should terminate the license granted in subsection 3.04(a) or otherwise no longer require use of any of the trademarks licensed pursuant to this SmartStax PRO Corn Addendum by its licensees of the applicable technology, Licensee shall be so notified and shall terminate use of those trademarks pursuant to the notice.  Licensee's obligation to display said trademarks pursuant to subsection 3.04(a) shall thereafter be waived.

3.05    **Notification of Adverse Effects**:  Licensee warrants that it will comply with the reporting requirements of the United States Environmental Protection Agency (EPA) under the Federal Insecticide

6

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

DocuSign Envelope ID: E6D66222-2DCA-4B21-9686-A339CFB298FE

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

Fungicide and Rodenticide Act (FIFRA) sec. 6(a)(2) and the regulations promulgated thereunder in 40 CFR Part 159 et seq.  These provisions require that, if at any time after the registration of a pesticide, the registrant has additional factual information regarding unreasonable adverse effects of the pesticide on humans and/or the environment, the registrant must timely submit such information to the EPA. "Registrant" can be broadly defined to include any agent, supplemental distributor, formulator, cooperator, etc. of a company that holds a registration.  Accordingly, if Licensee becomes aware of any adverse effect(s) or allegation of adverse effect(s) on humans and/or the environment related to the DAS-59122-7 Corn Event, the TC1507 Corn Event, the MON87427 Corn  Event, the MON87411 Corn Event, and/or the MON89034 Corn Event, Licensee shall promptly inform Corteva and BCS of such information and shall provide BCS and Corteva with copies of all information concerning such adverse effect(s).

3.06 **Additional Responsibilities of Licensee:** Licensee shall cooperate in the handling and resolution of such claims, as follows:

(a) When Licensee or BCS receives a complaint regarding a Licensed Product or the use of Roundup® Agricultural Herbicide on a Licensed Product, it shall immediately inform BCS or Licensee, as the case may be, and BCS shall promptly inform Corteva.

(b) Licensee and BCS shall make a preliminary investigation and determine whether the complaint is the result of:  A) Licensed Product (e.g., quality or performance); B) Roundup® Agricultural Herbicide (e.g., quality or application); C) Liberty® herbicide (e.g., quality or application) or D) other or unknown causes.

(c) If the complaint is wholly due to Licensed Product, then the responsibility for handling the complaint shall be Licensee's, and Licensee shall keep BCS reasonably apprised, and BCS shall keep Corteva reasonably apprised, of the handling of such complaint.

(d) If the complaint is wholly due to herbicide resistance, then the responsibility for handling the complaint shall be BCS's (in conjunction with the applicable herbicide dealers), and BCS shall keep Licensee and Corteva reasonably apprised of such handling of the complaint.

(e) If the reasons for the complaint are due to a combination of Licensed Product and herbicide application, or are other or unknown, then Licensee and BCS (for itself and as agent for Corteva after consultation with Corteva) shall, in good faith, consult and agree as to how to handle the complaint. Such agreement shall also determine the amount of effort and expense Licensee and BCS shall contribute.  BCS shall keep Corteva reasonably apprised of such handling and consulted in the handling as appropriate.

(f) In the course of responding to or handling any complaint: (i) Licensee shall not disparage BCS, Corteva or the involved Licensed Product; (ii) BCS shall not disparage Licensee or the involved License Product; and (ii) Corteva shall not disparage Licensee or the involved License Product.

7

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

3.07    **Glyphosate Promotion:** Licensee agrees that the only Glyphosate-based or other EPSP synthase inhibitor herbicide Licensee shall promote, sell or custom apply for use with Licensed Product shall be a Roundup® agricultural herbicide.  For purposes of this subsection 3.07, the term "promote" shall include any activities relating to the endorsement of the use of Glyphosate herbicide including, but not limited to, advertising, recommending to farmers and/or customers the use of a Glyphosate herbicide with such Licensed Product, bundling of Licensed Product with any herbicide product and any other marketing activity directed to increasing the sales of a herbicide product for use with Licensed Product.

3.08    **Herbicide Use:**

(a)    Licensee and BCS desire to cooperate during the term of this SmartStax PRO Corn Addendum, when and where appropriate and mutually beneficial, in the use of Roundup® Agricultural Herbicide with Licensed Products, while recognizing that BCS has sole responsibility to develop and execute the marketing and promotional efforts for Roundup® Agricultural Herbicide and Licensee has sole responsibility to develop and execute the marketing and promotional efforts for its Licensed Products.

(b)    If Licensee, either directly or indirectly through a contractor, uses any Glyphosate-containing herbicide or any other EPSP synthase inhibitor herbicide in the production of Licensed Product, the herbicide shall be a Roundup® Agricultural Herbicide labeled for use with the Licensed Product.  No other Glyphosate or other EPSP synthase inhibitor herbicide may be used in the production of this patent-protected seed.  This provision shall not limit the use of herbicides other than Glyphosate on such Licensed Product.

(c)    If Licensee, either directly or indirectly through a contractor, uses any Glufosinate-containing herbicide in the production of Licensed Product, the herbicide shall be a Glufosinate-containing herbicide authorized by Bayer AG or its Affiliates.  This provision shall not limit the use of herbicides other than Glufosinate on such Licensed Product.

3.09    **Seed Treatment for Licensed Products:**  Pursuant to the terms of the Corn Product License and Appendix D of this SmartStax PRO Corn Addendum, Licensee shall, prior to sale, transfer or other use as planting seed,  treat all Licensed Products with seed treatment as outlined in Appendix D of this SmartStax PRO Corn Addendum.

3.10    **Promotion of Licensed Products:**  Licensee understands that as of the Effective Date of this SmartStax PRO Addendum, Licensed Products may not yet have obtained regulatory registration in all states of the Territory.  Licensee shall check with its BCS representative for the registration status of Licensed Products in its target state(s) to confirm registration prior to promoting Licensed Products in such state(s).  Licensee shall comply with all applicable laws in advertising and promoting Licensed Products,

8

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

DocuSign Envelope ID: E6D66222-2DC4-4B21-8686-A339CFB298FE

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

including any restrictions against advertising/promoting Licensed Products in states where the Licensed Products do not have state regulatory registration.

## Section 4 - Payments, Reports and Record Retention

4.01 **Payment of Seed Services Fees:** Provided this SmartStax PRO Corn Addendum has not been terminated, and that Licensee is compliant with all terms and conditions of this SmartStax PRO Corn Addendum, the Corn Product License Agreement, and any other trait or germplasm agreement between BCS and Licensee, BCS shall pay Licensee the Seed Services Fee for that Fiscal Year as follows:

(a) In consideration for carrying out the Licensed Product-related activities set forth in the Corn Product License Agreement and this SmartStax PRO Corn Addendum, BCS shall pay Licensee the Seed Services Fee as set forth in Appendix C for each Unit for which the Product Royalty is received by BCS.

(i) BCS shall pay to Licensee a partial Seed Services Fee payment in an amount equal to seventy percent (70%) of the total Seed Services Fee payable to Licensee for sales of Licensed Product in the immediately preceding Fiscal Year on or before August 25th, and

(ii) Within forty-five (45) days of BCS's reconciliation of Licensee's final Product Royalty report with the grower point of sale ("GPOS") data, BCS shall pay Licensee the Seed Services Fee for that Fiscal Year pursuant to Appendix C less any amount paid to Licensee under subsection 4.01(a)(i) above, provided however, Licensee agrees that, without further notice to Licensee, BCS may set off any amounts payable to Licensee or its Affiliates against any past due amounts payable from Licensee or its Affiliates to BCS or its Affiliates under this SmartStax PRO Corn Addendum or any other trait or germplasm agreement between BCS and Licensee.

(b) If BCS retains less than the full Product Royalty for any Units due to refunds, rebates, promotional allowances, or other incentives on Licensed Product, the Seed Services Fee shall be calculated only on that portion of the Product Royalty that is actually retained by BCS and all amounts owed by BCS, whether fixed or percentage-based, shall be prorated accordingly.  No Seed Services Fee shall be due or payable to Licensee for those Units of Licensed Products transferred to growers unless a properly signed BCS Grower Agreement and completed purchase report for such Units are timely supplied to BCS or BCS's designee and the Product Royalty has been timely remitted to BCS.  No Seed Services Fee shall be due or payable to Licensee if Licensee has breached its obligations under this SmartStax PRO Corn Addendum.

(c) For any Fiscal Year in which BCS shall require a release of claims, Licensee shall not be eligible for any Seed Services Fee unless within 30 days after notice from BCS requiring the release of claims it has delivered to BCS a release of claims, in a form acceptable to and provided by BCS.

9

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

4.02    **Conditions for Payment of Seed Services Fees:**  BCS shall be permitted to unilaterally amend Appendix C from time to time by written notice to Licensee.

## Section 5 - Product Quality

5.01    **Product Quality:**

(a)    Licensee shall fully comply with all quality assurance and control standards as provided in Appendix B which may be modified from time to time by notice from BCS acting for itself and in its capacity as agent for Corteva.  BCS shall provide Licensee with commercially reasonable notice of such modifications prior to such modifications becoming effective.

(b)    BCS and Corteva, through BCS acting in its capacity as agent for Corteva, shall make information and materials available which: (i) BCS has in its possession and is legally able to make available to Licensee, that in BCS's judgment are reasonably needed for Licensee to confirm that the Licensed Products which it plans to sell meet the quality control standards set forth in Appendix B; (ii) Corteva has in its possession and is legally able to make available to Licensee, that in Corteva's judgment are reasonably needed for Licensee to confirm that the Licensed Products which it plans to sell meet the quality control standards set forth in Appendix B.

(c)    It is understood and agreed that making applicable information or testing procedures available to Licensee through an independent laboratory shall fulfill BCS's and Corteva's obligations under this provision.

5.02    **Regulatory Submissions:**  Licensee is not licensed to, and shall not perform any regulatory testing for purposes of producing regulatory data or make any regulatory submissions involving either the DAS-59122-7 Corn Event or the TC1507 Corn Event.

5.03    **Channeling Programs:**  If it is determined that a given Licensed Product should be subject to a Channeling Program for any reason, BCS shall, on behalf of itself and Corteva, provide written notice of such to Licensee, with the relevant details of such Channeling Program.  Thereafter, Licensee shall comply with the requirements of such Channeling Program in any production and/or sales of the applicable Licensed Products.

## Section 6 – Intellectual Property Rights

6.01    **Patent Procurement:**  Licensee shall have no right to apply for, seek issuance of, and maintain or abandon any Corteva SmartStax PRO Patent Rights, Corteva SmartStax PRO Female Inbred Rights or Corteva SmartStax PRO Male Inbred Rights.

10

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

6.02     **Patent Enforcement:**

(a)     <u>Notice of Infringement</u>.   Licensee and its Affiliates shall give prompt notice to Corteva and BCS of any infringement or claim of infringement of the Corteva SmartStax PRO Patent Rights, Corteva SmartStax PRO Female Inbred Rights and Corteva SmartStax PRO Male Inbred Rights which may come to their attention.

(b)     <u>Legal Actions</u>.   Licensee shall have no right to institute and conduct legal action against Third Party infringers of the Corteva SmartStax PRO Patent Rights, Corteva SmartStax PRO Female Inbred Rights or Corteva SmartStax PRO Male Inbred Rights.

(c)     <u>Cooperation by Licensee</u>.   Licensee and its Affiliates shall cooperate fully in efforts to protect intellectual property rights for all products for which Licensee has obtained or subsequently obtains a license under this SmartStax PRO Corn Addendum.   Such cooperation shall include, without limitation, providing information regarding whether a suspected infringer is a customer of Licensee or its Affiliates, providing copies of original sales documentation reflecting any seed and chemistry (if applicable) transactions, joining BCS and/or Corteva in a suit against a grower believed to be using infringing seed, and asserting in such suit any additional intellectual property that they can assert to abate such infringing seed.

6.03     **Corteva Ownership:**   The operation of this SmartStax PRO Corn Addendum does not transfer ownership rights in either the DAS-59122-7 Corn Event, the TC1507 Corn Event, Corteva SmartStax PRO Know-How, Corteva SmartStax PRO Patent Rights, Corteva SmartStax PRO Female Inbred Rights or Corteva SmartStax PRO Male Inbred Rights or any other proprietary right owned by Corteva or Corteva's Affiliates.

6.04     **Additional Grant-backs from Licensee:**

(a)     <u>License Option</u>.   Licensee and its Affiliates agree to grant and hereby grant to Corteva and its Affiliates irrevocable options to world-wide, non-exclusive, royalty-bearing licenses (with the right to grant sublicenses to Corteva's licensees of the TC1507 Corn Event and/or the DAS-59122-7 Corn Event and their grower customers) under any patent rights owned or controlled (now or at any time hereafter) by Licensee or any of its Affiliates which may dominate a Licensed SmartStax PRO Event or the use of a Licensed SmartStax PRO Event in any Licensed Product, but excluding those inventions subject to subsection 6.04(b) below.   The license shall have terms and conditions that are deemed commercially-reasonable and customary in the field of agricultural biotechnology.   Licensee and its Affiliates shall not be required to provide Corteva with any biological material under the terms of such license.   The options to license any patent rights shall survive expiration or termination of this SmartStax PRO Corn Addendum and be effective for twenty (20) years from the expiration or termination of this SmartStax PRO Corn Addendum.   Licenses resulting from exercises of any such option shall be for the

11

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

life of any such patent rights. The above grant shall not include rights to proprietary germplasm of Licensee or its Affiliates.

(b) <u>License Grant</u>. Licensee and its Affiliates agree to grant and hereby grant to Corteva and its Affiliates irrevocable, world-wide, non-exclusive, royalty-free licenses (with the right to grant sublicenses to sublicenses to Corteva's licensees of the TC1507 Corn Event and/or the DAS-59122-7 Corn Event  and their grower customers) under any proprietary rights owned (now or at any time hereafter) by Licensee or any of its Affiliates which are produced or otherwise reduced to practice through Licensee's use of any Parental Inbred Seed and/or Licensed Product and/or Licensed SmartStax PRO Event, or that Cover any Parental Inbred Seed and/or Licensed Product and/or Licensed SmartStax PRO Event.  Licenses resulting shall be for the life of any such proprietary rights.   The above grant shall not include rights to proprietary germplasm of Licensee or its Affiliates.

(c) <u>Exercise of Option</u>.  The option(s) for licenses of subsection 6.04(a) can be exercised by Corteva and/or any of its Affiliates at any time during the period set forth in subsection 6.04(a), including after expiration or termination of this SmartStax PRO Corn Addendum, by Corteva or its Affiliates giving written notice of such exercise to Licensee.

(d) <u>Terms of License for Exercised Option</u>.  If despite good faith negotiations, Corteva and Licensee cannot reach agreement on the terms of such license, then determination of the license terms in dispute shall be submitted to arbitration pursuant to the procedure set forth in Appendix D of the Corn Product License Agreement, if requested by either Corteva or Licensee.

(e) <u>Material Breach</u>.  The failure to grant the licenses in subsections 6.04(a) and 6.04(b) shall constitute a material breach of this SmartStax PRO Corn Addendum.

## <u>Section 7 – Warranties and Liabilities</u>

7.01    **<u>Representations and Warranties:</u>**

(a) Corteva represents and warrants that:

(i) It is the owner or licensee of the Corteva SmartStax PRO Know-How, the Corteva SmartStax PRO Patent Rights, the Corteva SmartStax PRO Corn Female Inbred Rights, and the Corteva SmartStax PRO Corn Male Inbred Rights to the extent required for the grant of rights contained herein; and

(ii) It has not previously granted, and will not grant to any Third Party during the term of this SmartStax PRO Corn Addendum, any rights and licenses under the Corteva SmartStax PRO Know-How, the Corteva SmartStax PRO Patent Rights, the Corteva SmartStax PRO Corn Female Inbred Rights, and the Corteva SmartStax PRO Corn Male Inbred Rights that are in conflict with the rights granted to Licensee herein.

(b) Licensee represents and warrants that:

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

DocuSign Envelope ID: E6D66222-2DC4-4B21-8686-A339CFB298FE

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

(i)        It has had the opportunity to and has consulted with legal counsel before entering into this SmartStax PRO Corn Addendum; and

(ii)        It is legally entitled to and hereby binds its Affiliates, none of which shall take any action or omit any action that would, if performed or omitted by Licensee, constitute a breach of this SmartStax PRO Corn Addendum.

7.02    **No Other Warranties by Corteva:**        EXCEPT FOR THE EXPRESS WARRANTIES IN SUBSECTION 7.01(A), CORTEVA MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, EITHER IN FACT OR BY OPERATION OF LAW TO LICENSEE, REGARDING:

(A)        CORTEVA SMARTSTAX PRO KNOW-HOW, THE CORTEVA SMARTSTAX PRO PATENT RIGHTS, THE CORTEVA SMARTSTAX PRO CORN FEMALE INBRED RIGHTS OR THE CORTEVA SMARTSTAX PRO CORN MALE INBRED RIGHTS (INCLUDING, WITHOUT LIMITATION, THE VALIDITY OR SCOPE OF THE CORTEVA SMARTSTAX PRO KNOW-HOW, THE CORTEVA SMARTSTAX PRO PATENT RIGHTS, THE CORTEVA SMARTSTAX PRO CORN FEMALE INBRED RIGHTS OR THE CORTEVA SMARTSTAX PRO CORN MALE INBRED RIGHTS); OR

(B)        LICENSED PRODUCTS, PARENTAL INBRED SEED, THE DAS-59122-7 CORN EVENT OR THE TC1507 CORN EVENT (INCLUDING, WITHOUT LIMITATION, PERFORMANCE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR THE NON-INFRINGEMENT OF THIRD PARTY INTELLECTUAL PROPERTY RIGHTS BY SUCH); OR

(C)        THE ABILITY TO OPERATE OR CONTINUE OPERATING UNDER ANY OF THE RIGHTS AND LICENSES GRANTED HEREIN; OR

(D)        THE RECEIPT AND/OR MAINTENANCE OF REGULATORY APPROVALS NECESSARY FOR LAWFUL PRODUCTION AND/OR SALE OF LICENSED PRODUCTS, PARENTAL INBRED SEED, THE DAS-59122-7 CORN EVENT OR THE TC1507 CORN EVENT.

7.03    **Indemnification:**

(a)        EXCEPT TO THE EXTENT CAUSED BY A BREACH BY CORTEVA OF ITS WARRANTIES UNDER SUBSECTION 7.01(a) ABOVE, LICENSEE SHALL DEFEND AND INDEMNIFY AGAINST, AND HOLD CORTEVA AND ITS EMPLOYEES, DIRECTORS, OFFICERS AND AGENTS HARMLESS FROM ANY LOSS, COST, LIABILITY OR EXPENSE (INCLUDING COURT COSTS AND REASONABLE FEES OF ATTORNEYS AND OTHER PROFESSIONALS) INCURRED FROM ANY CLAIM ARISING OR ALLEGED TO ARISE OUT OF THE DEVELOPMENT, PRODUCTION, USE, DISTRIBUTION, SALE, EXPORT, AND/OR IMPORT OF ANY LICENSED  PRODUCT BY LICENSEE; PROVIDED, THAT CORTEVA SHALL PROVIDE NOTICE PROMPTLY TO LICENSEE OF ANY ACTUAL OR THREATENED CLAIM OF WHICH CORTEVA IS GIVEN WRITTEN NOTICE BY A CLAIMANT; AND PROVIDED FURTHER THAT: (I) LICENSEE SHALL HAVE CONTROL OF SUCH DEFENSE; (II) LICENSEE SHALL KEEP CORTEVA REASONABLY INFORMED OF ALL DEVELOPMENTS; (III)

13

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

LICENSEE SHALL CONSULT WITH CORTEVA PRIOR TO SETTLING ANY SUCH DISPUTE; AND (IV) NO SETTLEMENT SHALL BE FINALIZED IF SUCH SETTLEMENT HAS ANY ADVERSE FINANCIAL IMPACT ON CORTEVA.

(b)    THE INDEMNIFICATION UNDER SUBSECTION 7.03(a) SHALL NOT APPLY TO ANY CLAIM AGAINST CORTEVA FOR INFRINGEMENT OF A PATENT OWNED BY A THIRD PARTY PATENTEE, INSOFAR AS SUCH CLAIM ARISES OUT OF LICENSEE'S PRODUCTION, USE, OR SALE OF LICENSED PRODUCT AND TO THE EXTENT SUCH CLAIM SPECIFICALLY ALLEGES PATENT INFRINGEMENT BASED ON A CLAIM THAT LICENSEE'S PRODUCTION, USE, OR SALE OF SUCH LICENSED PRODUCT IS INFRINGING THE PATENT RIGHTS OF SUCH THIRD PARTY.

7.04    **Limited Liability:**

(a)    NEITHER BCS NOR CORTEVA SHALL BE LIABLE TO LICENSEE FOR ANY LOSS OF PROFITS, LOSS OF BUSINESS, INTERRUPTION OF BUSINESS, INDIRECT, SPECIAL OR CONSEQUENTIAL DAMAGES OF ANY KIND SUFFERED BY LICENSEE FOR BREACH HEREOF, WHETHER BASED ON CONTRACT OR TORT CLAIMS OR OTHERWISE, EVEN IF BCS AND/OR CORTEVA HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH LOSS.

(b)    LICENSEE SHALL NOT BE LIABLE TO EITHER BCS OR CORTEVA FOR ANY LOSS OF PROFITS, LOSS OF BUSINESS, INTERRUPTION OF BUSINESS, INDIRECT, SPECIAL OR CONSEQUENTIAL DAMAGES OF ANY KIND SUFFERED BY BCS AND/OR CORTEVA FOR BREACH HEREOF, WHETHER BASED ON CONTRACT OR TORT CLAIMS OR OTHERWISE, EVEN IF LICENSEE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH LOSS.

**Section 8 – Term and Termination**

8.01    **Term:**  Except as otherwise provided in the Corn Product License Agreement, the term of this SmartStax PRO Corn Addendum shall begin on the Effective Date of this SmartStax PRO Corn Addendum and shall end in whole or part as follows:

(a)    on August 31, 2023, with respect to the right to plant to produce and have planted to produce Licensed Product in the Territory (and if outside the Territory, if specifically approved by BCS), except for those Licensed Products for which production rights are not extended as indicated on the applicable schedules;

(b)    on August 31, 2026, with respect to the right to sell and have sold Licensed Product, except for those Licensed Products for which sales rights are not extended as indicated on the applicable schedules; and

14

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

(c)    on August 31, 2026, with respect to all rights granted herein, unless earlier terminated.

(d)    Any notice under this subsection 8.01 shall include, if applicable, whether Licensed Product must, from the date specified in such notice, be sold as a Refuge Blend, provided that in no event shall the notice date for the requirement that Licensed Products sold be Refuge Blends be later than July 1 for the subsequent Fiscal Year.

The dates stated in this subsection 8.01 may be extended by BCS for itself and/or in its capacity as agent for Corteva by providing written notice to Licensee.

8.02    **Termination:**

(a)    <u>Termination for Breach</u>.  Either BCS, for itself and/or in its capacity as agent for Corteva, or Licensee (hereinafter "Specified Parties") may send a notice of breach to the other Specified Party if the other Specified Party has breached any of the material terms of this SmartStax PRO Corn Addendum.  In the notice of breach a Specified Party may demand cure of the breach and reasonable evidence that such cure has been achieved by the breaching Specified Party.  If either: (i) the breach is not curable, or (ii) the breaching Specified Party does not cure the breach to the non-breaching Specified Party's reasonable satisfaction and provide the reasonable evidence of such cure within thirty (30) days of receipt of the notice, the non-breaching Specified Party may terminate this SmartStax PRO Addendum with immediate effect upon delivery of written notice to the breaching Specified Party.

(b)    <u>Cross Termination for Fraud or Breach of Any Agreement</u>.  If this SmartStax PRO Corn Addendum is terminated because of an uncured breach by Licensee and/or any of its Affiliates (or because of fraud committed by Licensee and/or any of its Affiliates), then Corteva and/or its Affiliates shall, have the right to terminate any other agreements between Licensee and its Affiliates and Corteva and its Affiliates, with immediate effect by providing written notice of such to Licensee.

(c)    <u>Termination Due to Challenge to Corteva SmartStax PRO Patent Rights</u>. Corteva shall have the right to terminate this SmartStax PRO Corn Addendum with immediate effect by written notice to Licensee in the event that Licensee, its Affiliate(s), or a Third Party acting with the support of Licensee or its Affiliate(s) or a Third Party acting with the support of Licensee or its Affiliates (i) challenges, or continues to maintain any existing challenge, or materially supports a Third Party in a challenge, of the validity of any of the Corteva SmartStax PRO Patent Rights (including any pending applications for such patents) or (ii) files for an opposition and/or re-examination of any of the Corteva SmartStax PRO Patent Rights.  This right to terminate shall also apply in the event that a challenge to validity, a cancellation, an opposition, or a re-examination is filed or maintained for any ex-U.S. counterpart of a Corteva SmartStax PRO Patent Right.

(d)    <u>Termination due to a Regulatory and/or Public Acceptance Issue</u>.  BCS, for itself and in its capacity as agent for Corteva, shall have the right to terminate this SmartStax PRO Corn

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

Addendum by giving thirty (30) days written notice to Licensee if, in Corteva's reasonable business judgment, the requirements to attain or maintain regulatory approval and public acceptance for a given Licensed Product in the Territory and/or any other necessary destination export markets are prohibitive.

(e)     Termination of Production Rights Only.   In the event of an uncured material breach of this SmartStax PRO Corn Addendum with respect to the production of Licensed Product, then BCS (for itself and in its capacity as agent for Corteva) shall have the option to terminate Licensee's rights within the Licensed Production Field, rather than terminating all rights under this SmartStax PRO Corn Addendum.  If such partial termination is effected, BCS shall give notice to Licensee of such partial termination, and provide an amended agreement effecting the rescission of Licensee's rights to produce or have-produced any Licensed Product (and requiring Licensee to obtain all of its finished Licensed Product from a BCS and Corteva Third Party licensee of the Licensed Product).  Upon such notice, Licensee shall immediately cease all production of the applicable Licensed Product (i.e., no further planting of the corresponding SmartStax PRO Corn Female Inbred and SmartStax PRO Corn Male Inbred shall be performed by Licensee or its Contract Producers). Any Licensed Product growing at the time of the notice of termination may be carried through to harvest for sale only as commodity grain and the sale of such Licensed Products as commodity grain shall be certified to BCS by Licensee in writing. The partial termination under this subsection shall in no way constitute a waiver of any other rights or remedies relating to Licensee's breach of this SmartStax PRO Corn Addendum, or excuse any of Licensee's obligations or damages accruing as a result of such breach.

(f)     Termination by Licensee.   Licensee may terminate this SmartStax PRO Corn Addendum by giving notice to BCS, and BCS shall promptly inform Corteva of such occurrence.  The termination shall be effective thirty (30) days following receipt of that notice by BCS.

8.03    **Effects of Expiration or Termination:**

(a)     Surviving Obligations.   Expiration or termination of this SmartStax PRO Corn Addendum shall not relieve the Parties of any obligation accruing prior to or upon such expiration or termination of this Agreement and/or the applicable Licensed Product Addendum.   For avoidance of doubt, the obligations set forth in Section 2, Section 4, subsections 6.04, 7.03, 7.04 and Section 9 are included in the obligations that shall survive expiration or termination of this SmartStax PRO Corn Addendum.

(b)     Effect of Expiration or Termination.   Upon expiration or  termination of this SmartStax PRO Corn Addendum, Licensee shall cease all production and sales of the applicable Licensed Product and associated Parental Inbred Seed, and within ten (10) business days of such expiration, shall destroy any remaining Parental Inbred Seed and Licensed Products (except that Licensee may sell only as commodity grain (i) within such time period, any untreated Parental Inbred Seed and Licensed Product in inventory and (ii) immediately upon harvest, Licensed Product growing at the time of the notice of termination) and/or biological materials which contain any DAS59122-7 Event

16

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

and/or TC1507 Event, and all Confidential Information relating to such; and such destruction, return or sale as commodity grain shall be promptly certified to BCS by Licensee in writing.

## Section 9 - Confidentiality

9.01    **Obligations of Confidentiality:**

(a)    General.  It is anticipated that it will be necessary, in connection with their obligations under this SmartStax PRO Corn Addendum and all applicable Licensed Product Addenda, and in future discussions relating to new Traits and products containing such or relating to other products outside of this SmartStax PRO Corn Addendum, for Licensee, BCS and Corteva to disclose to each other Confidential Information.

(b)    Identity of Confidential Information.  For purposes of this SmartStax PRO Corn Addendum, "Confidential Information" shall mean: (i) in the case of BCS, any and all proprietary information (including without limitation, information related to technical, business and intellectual property matters), know-how, data, intellectual property, trade secrets, and germplasm and biological and other physical materials owned or held by BCS, now and in the future which is disclosed by BCS to Licensee in connection with this SmartStax PRO Corn Addendum; and (ii)  in the case of Corteva, any and all proprietary information (including without limitation, information related to technical, business and intellectual property matters), know-how, data, intellectual property, trade secrets, and germplasm and biological and other physical materials owned or held by Corteva, now and in the future which is disclosed by Corteva to Licensee, including directly or indirectly through BCS, in connection with this SmartStax PRO Corn Addendum; (iii) in the case of Licensee, any and all proprietary information (including without limitation, information related to technical, business and intellectual property matters), know-how, data, intellectual property, trade secrets, and germplasm and biological and other physical materials owned or held by Licensee, now and in the future which is disclosed by Licensee to BCS and/or to Corteva, including directly or indirectly through BCS, as the case may be in connection with this SmartStax PRO Corn Addendum.  The Confidential Information shall include proprietary information disclosed in writing or other tangible form, including samples of materials.  If disclosed orally, the Confidential Information shall be summarized in written form within thirty (30) days by the disclosing Party and a copy provided to the receiving Party.

9.02    **Confidentiality and Limited Use:**

(a)    With respect to all Confidential Information and biological materials supplied under this SmartStax PRO Corn Addendum, Licensee (on the one hand) and BCS and Corteva (on the other) agree as follows, it being understood that the term "recipient" indicates the Party receiving the Confidential Information from the other "disclosing" Party.  Confidential Information and biological material provided or disclosed to the recipient shall remain the property of the disclosing Party and shall be maintained in confidence by the recipient and shall not be provided or disclosed to Third Parties by the

17

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

## SUBJECT TO CONFIDENTIALITY RESTRICTIONS

recipient.  All confidentiality and limited use obligations with respect to the Confidential Information and biological material shall terminate twenty (20) years after the termination date of this SmartStax PRO Corn Addendum.

(b)    Notwithstanding any provision to the contrary, a Party may disclose the Confidential Information of the other Party: (i) in connection with an order of a court or other government body or as otherwise required by or in compliance with law or regulations; provided that the disclosing Party provides the other Party with notice and takes reasonable measures to obtain confidential treatment thereof; (ii) in connection with a request from a regulatory authority; provided that the disclosing Party provides the other Party with notice and takes reasonable measures to obtain confidential treatment thereof; (iii) in confidence to recipient's attorneys, accountants, banks and financial sources and its advisors; or (iv) in confidence, in connection with the sale of substantially all the business assets to which this SmartStax PRO Corn Addendum relates, so long as, in each case, the entity to which disclosure is made is bound to confidentiality on terms consistent with those set forth herein.

9.03    **Exceptions:**  The obligations of confidentiality and limited use shall not apply to any information which:

(a)    is publicly available by publication or other documented means or later becomes likewise publicly available through no act or fault of recipient; or

(b)    is already known to recipient before receipt from the disclosing Party, as demonstrated by recipient's written records; or

(c)    is made known to recipient by a Third Party who did not obtain it directly or indirectly from the disclosing Party and who does not obligate recipient to hold it in confidence; or

(d)    is independently developed by the recipient as evidenced by credible written research records of recipient's employees or agents who did not have access to the disclosing Party's Confidential Information.  Specific information should not be deemed to be within any of these exclusions merely because it is embraced by more general information falling within these exclusions.

9.04    **Disclosures to Personnel:**  Recipient agrees to advise those of its officers, directors, employees, associates, agents, consultants, and Affiliates who become aware of the Confidential Information, of these confidentiality and limited use obligations and agrees, prior to any disclosure of Confidential Information to such individuals or entities, to make them bound by obligations of confidentiality and limited use of the same stringency as those contained in this SmartStax PRO Corn Addendum.

9.05    **Return of Confidential Information:**  Upon termination of this SmartStax PRO Corn Addendum, originals and copies of Confidential Information in written or other tangible form and all biological material shall be returned to the disclosing Party by recipient or destroyed by recipient.  One

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

DocuSign Envelope ID: E6D66222-2DC4-4B31-8686-A339CFB298FE

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

copy of each document may be retained in the custody of the recipient's legal counsel solely to provide a record of what disclosures were made.

9.06    **Confidential Status of Agreement:**

(a)    The terms of this SmartStax PRO Corn Addendum and all Licensed Product Addenda shall be deemed to be Confidential Information and shall be dealt with according to the confidentiality requirements of this Section 9.  No Party will make public disclosures concerning terms of this SmartStax PRO Corn Addendum without obtaining the prior written consent of the other Parties, which consent shall not be unreasonably withheld.

(b)    Notwithstanding anything to the contrary, Licensee shall not disclose to any Third Party any information concerning financial terms, including but not limited to the Product Royalty.

9.07    **Disclosure to Corteva:** Notwithstanding anything to the contrary in this SmartStax PRO Corn Addendum or the Corn Product License, Licensee understands and agrees that in connection with the purposes of this SmartStax PRO Corn Addendum, BCS is acting on its own behalf and as an agent for and on behalf of Corteva, and further that any information relating to the performance of applicable Licensed Products that Licensee may provide to BCS in connection with this SmartStax PRO Corn Addendum may be, notwithstanding any other provision in the Corn Product License or this SmartStax PRO Corn Addendum to the contrary, provided by BCS to Corteva, including but not limited to, information required under Section 3 and Section 5 of this SmartStax PRO Corn Addendum which concerns: (i) the TC-1507 Corn Event; (ii) the DAS-59122-7 Corn Event; (iii) the combination of the DAS-59122-7 Corn Event, the MON87411 Corn Event, the MON89034 Corn Event and the TC1507 Corn Event; (iv) the combination of the DAS59122-7 Corn Event, the MON87427 Corn Event, the MON87411 Corn Event, the MON89034 Corn Event and the TC1507 Corn Event; (v) Corteva SmartStax PRO Corn Female Inbreds; or (vi) Corteva SmartStax PRO Corn Male Inbreds.

### Section 10 - Miscellaneous

10.01    **Notices:**

(a)    Any notice or other communication required or permitted to be given by any Party under this SmartStax PRO Corn Addendum shall be given in writing, which shall include Electronic Transmission if given by BCS, and shall be effective when delivered if delivered by hand or reputable courier service, five (5) days after mailing if mailed by registered or certified mail, postage prepaid and return receipt requested, or on the date sent if dispatched by Electronic Transmission, addressed to each Party at the following addresses or such other address as may be designated by notice pursuant to this subsection 10.01:

19

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

If to BCS:                    Bayer CropScience LP
                              800 North Lindbergh
                              St. Louis, Missouri 63167

                              Attention:        Director, Corn States Trait Licensing

with a copy to:               Bayer CropScience LP
                              800 North Lindbergh
                              St. Louis, Missouri 63167

                              Attention:        Deputy General Counsel - Intellectual Property

If to Corteva:                Agrigenetics, Inc.
                              9330 Zionsville Road
                              Indianapolis, IN 46268

                              Attention:        General Patent Counsel

If to Licensee:               Latham Hi-Tech Hybrids, Inc.
                              131 180th Street
                              Alexander, IA 50420

                              johnl@lathamseeds.com (used instead of physical address if Electronic Transmission)

                              Attention:        Mr. John Latham

BCS may use for Electronic Transmission the DocuSign® online document delivery and signature service of Third Party vendor DocuSign, Inc., or such other method of Electronic Transmission as to which BCS may notify Licensee from time to time.

(b)    Licensee's Electronic Address.  Licensee will be required to provide and maintain an operable address of an electronic nature through which the specified manner of Electronic Transmission can be accomplished.  Such address may be changed by Licensee upon notice by hand, courier or mail under subsection 10.01(a) above, or upon notice by Electronic Transmission as BCS may specify.

(c)    Confirmation.  Notwithstanding that any notice given by Electronic Transmission shall be effective on the date of dispatch, Licensee may be required to give acknowledgement of receipt of notice by Electronic Transmission; provided that the effective date of the notice shall remain as the date of dispatch, not the time of acknowledgement; and further provided that failure of Licensee to acknowledge receipt shall not affect the effectiveness of the notice.

10.02    **Severability:**  If any clause, provision, or section of this SmartStax PRO Corn Addendum shall, for any reason, be held illegal, invalid or unenforceable, the Parties shall negotiate in good faith and in accordance with reasonable standards of fair dealing, a valid, legal, and enforceable substitute provision or provisions that most nearly reflect the original intent of the Parties under this SmartStax PRO Corn Addendum in a manner that is commensurate in magnitude and degree with the changes arising as

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

a result of any such substitute provision or provisions.  All other provisions in this SmartStax PRO Corn Addendum shall remain in full force and effect and shall be construed in order to carry out the original intent of the Parties as nearly as possible (consistent with the necessary reallocation of benefits) and as if such invalid, illegal, or unenforceable provision had never been contained herein.

10.03    **Provisions Contrary to Law:**  In performing this SmartStax PRO Corn Addendum, the Parties shall comply with all applicable laws and regulations.  Nothing in this SmartStax PRO Corn Addendum shall be construed so as to require the violation of any law, and wherever there is any conflict between any provision of this SmartStax PRO Corn Addendum and any law the law shall prevail, but in such event the affected provision of this SmartStax PRO Corn Addendum shall be affected only to the extent necessary to bring it within the applicable law.

10.04    **Force Majeure:**

(a)    No liability.  Except for payment obligations of the Parties, none of the Parties shall be liable for any delay in performance of any obligation under this SmartStax PRO Corn Addendum caused by any of the following: Act of God, war, riot, fire, explosion, accident, flood, sabotage, compliance with governmental orders or requests, laws, regulations, orders or actions, national defense requirements or any other event beyond the reasonable control of such Party; or labor trouble, strike, lockout or injunction (provided that neither of the Parties shall be required to settle a labor dispute against its own best judgment).

(b)    Notice.   The Party invoking this subsection 10.04 shall give the other Party written notice and full particulars of such force majeure event.

(c)    Mitigation.  All Parties shall use reasonable efforts to mitigate the effects of any force majeure on their respective part.

10.05    **Relationship of the Parties:**   The relationship among the Parties is strictly one of licensor and licensee and the Parties acknowledge that neither this SmartStax PRO Corn Addendum creates a joint venture, partnership, or the like, between them.  The various obligations undertaken by Licensee in this SmartStax PRO Corn Addendum with respect to marketing, promotion, etc. are provided as a means of permitting BCS to exercise control in connection with the use of the BCS trademarks licensed herein.  Licensee and dealer/distributors are and shall always remain independent contractors in their performance of any activities set forth in this SmartStax PRO Corn Addendum.  The provisions of this SmartStax PRO Corn Addendum shall not be construed as authorizing or reserving to BCS or Corteva any right to exercise any control or direction over the operations, activities, officers, employees, or agents of Licensee, or Contract Dealers in connection with this SmartStax PRO Corn Addendum, it being understood and agreed that the entire control and direction of such operations, activities, officers, employees, or agents shall remain with Licensee. No Party to this SmartStax PRO Corn Addendum shall

21

DocuSign Envelope ID: E6D66222-2DC4-4B21-8686-A339CFB298FE

have any authority to employ any Person as an employee or agent for or on behalf of another Party to this SmartStax PRO Corn Addendum for any purpose, and no Party to this SmartStax PRO Corn Addendum, nor any Person performing any duties or engaging in any work at the request of such Party, shall be deemed to be an employee or agent of another Party to this SmartStax PRO Corn Addendum.  In addition, Licensee, or dealer/distributors are not and shall not act or purport to act as a commercial agent in any capacity for BCS or Corteva under this SmartStax PRO Corn Addendum.

10.06    **Use of Names:**  No Party shall use the name of the other in any promotional materials or advertising without the prior written consent of the other except as specifically provided in this SmartStax PRO Corn Addendum or other related agreements, except that BCS and Corteva may use Licensee's name in promotional material to identify Licensee as being licensed to produce and/or sell the applicable Licensed Products.

10.07    **Assignability:**

(a)    No assignment by Licensee.  The rights acquired herein by Licensee are not assignable or transferable in whole or part (by assignment, operation of law or otherwise) to any Third Party.  Any attempted assignment or transfer of this SmartStax PRO Corn Addendum to any Third Party shall be deemed void and of no force or effect.  Any breach of this provision shall constitute a material breach of this SmartStax PRO Corn Addendum.

(b)    Assignment by BCS and/or Corteva.  BCS and Corteva shall each have the right to assign this SmartStax PRO Corn Addendum in connection with the reorganization, consolidation, spin-off, sale or transfer of substantially all of the stock or assets related to that portion of its business pertaining to the subject matter of this SmartStax PRO Corn Addendum, either alone or in conjunction with other businesses as part of an overall reorganization of BCS and/or Corteva, as the case may be.  In addition, BCS and/or Corteva shall have the right to assign its respective rights or obligations and delegate its performance hereunder, in whole or in part, to any of their respective Affiliates.  In either event, the assignee shall agree in writing to be bound by all the terms of this SmartStax PRO Corn Addendum, and BCS and/or Corteva shall thereafter be released from all obligations hereunder.

10.08    **Entire Agreement; Amendments; Waiver:**

(a)    Entire Agreement.  This SmartStax PRO Corn Addendum in combination with the Corn Product License constitutes the full understanding of the Parties with respect to the licensing of the subject Licensed Products to Licensee, a complete allocation of risks between Licensee, on the one hand, and BCS and/or Corteva, on the other, and a complete and exclusive statement of the terms and conditions of their agreement relating to licensing of the Licensed Products to Licensee and supersedes any and all prior agreements, whether written or oral, that may exist between Licensee, on the one hand, and BCS and/or Corteva on the other, with respect to the licensing of the subject Licensed Products to

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

DocuSign Envelope ID: E6D66222-2DC4-4B21-8686-A339CFB298FE

Licensee.  Except as otherwise specifically provided in this SmartStax PRO Corn Addendum, no conditions, usage of trade, course of dealing or performance, understanding or agreement purporting to modify, vary, explain or supplement the terms or conditions of this SmartStax PRO Corn Addendum shall be binding between Licensee, on the one hand, and BCS and/or Corteva on the other, unless hereafter made in writing and signed by the Party or Parties to be bound and no modification shall be effected by the acknowledgment or acceptance of documents containing terms or conditions at variance with or in addition to those set forth in this SmartStax PRO Corn Addendum.  No waiver by any Party with respect to any breach or default or of any right or remedy and no course of dealing or performance, shall be deemed to constitute a continuing waiver of any other breach or default or of any right or remedy, unless such waiver be expressed in writing signed by the Party to be bound.  Failure of a Party to exercise any right shall not be deemed a waiver of such right or rights in the future.

   (b) Agreements between BCS and Corteva.  Notwithstanding any provision of this SmartStax PRO Corn Addendum to the contrary, it is understood that the terms of this SmartStax PRO Corn Addendum do not constitute the full understanding as between BCS and Corteva with respect to the development and licensing of the corm germplasm containing the MON87427 Corn Event, the MON87411 Corn Event, the MON89034 Corn Event, the TC1507 Corn Event, and the DAS-59122-7 Corn Event.  Further, no provision of this SmartStax PRO Corn Addendum shall serve to amend, modify or otherwise change any provision of any agreement between BCS and Corteva. Furthermore and notwithstanding cases where the express language of a provision of this SmartStax PRO Corn Addendum contradicts a provision of any agreement between BCS and Corteva, the subject provision of such other agreement shall control for purposes of that agreement between BCS and Corteva.

   (c) Electronic Transmissions.  BCS may, at its discretion, require that any agreement purporting to modify, vary, explain or supplement the terms or conditions of this SmartStax PRO Corn Addendum, and any Product Royalty reports and other reports, schedules and other information to be provided by BCS to Licensee under this SmartStax PRO Corn Addendum, be signed and/or delivered by Electronic Transmission by one or both Parties.  BCS may use the method of Electronic Transmission provided for under subsection 10.01(a) and the provisions of subsection 10.01(b) shall apply with respect to such Electronic Transmissions.

   (d) Prior Addendum.  This SmartStax PRO Corn Addendum supersedes the Genuity® SmartStax PRO Corn Addendum, if any, in effect immediately prior to the Effective Date of this SmartStax PRO Corn Addendum.

  10.09 **Choice of Law; Submission to Jurisdiction:**  ALL QUESTIONS WITH RESPECT TO THE CONSTRUCTION OF THIS SMARTSTAX PRO CORN ADDENDUM AND THE RIGHTS AND LIABILITIES OF THE PARTIES HERETO EITHER UNDER THIS SMARTSTAX PRO CORN ADDENDUM OR IN ANY OTHER RESPECT SHALL BE DETERMINED IN ACCORDANCE WITH THE LAWS OF THE STATE OF MISSOURI APPLICABLE TO BUSINESS ARRANGEMENTS ENTERED

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

DocuSign Envelope ID: E6D66222-2DC4-4B31-8686-A339CFB298FE

## SUBJECT TO CONFIDENTIALITY RESTRICTIONS

INTO AND PERFORMED ENTIRELY WITHIN THE STATE OF MISSOURI WITHOUT GIVING EFFECT TO THE CONFLICT OF LAWS PROVISIONS.  THE PARTIES HERETO IRREVOCABLY (A) SUBMIT TO THE EXCLUSIVE PERSONAL JURISDICTION OF THE CIRCUIT COURT FOR ST. LOUIS COUNTY, MISSOURI (FOR STATE COURT) AND THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION (FOR FEDERAL COURT), IN ANY SUIT, ACTION OR OTHER LEGAL PROCEEDING RELATING TO THIS SMARTSTAX PRO CORN ADDENDUM OR THE RELATIONSHIP OF THE PARTIES; (B) AGREE THAT ALL CLAIMS IN RESPECT OF ANY SUCH SUIT, ACTION OR OTHER LEGAL PROCEEDING MUST BE HEARD AND DETERMINED IN, AND ENFORCED ONLY IN AND BY, SUCH COURTS; AND (C) WAIVE ANY OBJECTION THAT THEY MAY NOW OR HEREAFTER HAVE TO VENUE IN SUCH COURTS OR THAT SUCH COURTS ARE AN INCONVENIENT FORUM.

10.10    **Export Control:**  Notwithstanding any other provisions of this SmartStax PRO Corn Addendum, Licensee agrees to make no disclosure or use of any Corteva SmartStax PRO Know-How or Confidential Information of Corteva furnished or made known to Licensee pursuant to this SmartStax PRO Corn Addendum, except in compliance with the laws and regulations of the United States of America, including the Export Administration Regulations promulgated by the Office of Export Administration International Trade Administration, United States Department of Commerce; and in particular, Licensee agrees not to export, directly or indirectly, either: (i) the technical data furnished or made known to Licensee pursuant to this SmartStax PRO Corn Addendum; or (ii) the "direct product" thereof; or (iii) any commodity produced using such technical data, to any country or countries for which a validated license is required unless a validated license is first obtained pursuant to the Export Administration Regulations.  The term "direct product" as used above, is defined to mean the immediate product (including process and services) produced directly by the use of the technical data.

10.11    **Meet and Confer:**  It is the intention of the Parties that in the event any dispute arises under this SmartStax PRO Corn Addendum, BCS (for itself and in its capacity as agent for Corteva) shall first meet and confer with Licensee to attempt to negotiate a resolution of such dispute without recourse to litigation.

10.12    **Remedies:**  Except as otherwise expressly stated in this SmartStax PRO Corn Addendum, the rights and remedies of a Party set forth herein with respect to failure of the other to comply with the terms of this SmartStax PRO Corn Addendum (including, without limitation, rights of full termination of this SmartStax PRO Corn Addendum) are not exclusive, the exercise thereof shall not constitute an election of remedies and the aggrieved Party shall in all events be entitled to seek whatever additional remedies may be available in law or in equity.

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

10.13    **Fees:**  Except as otherwise provided herein, each Party shall bear its own legal fees incurred in connection with the transactions contemplated hereby.

10.14    **Headings:**  Headings herein are for convenience of reference only and shall in no way affect interpretation of this SmartStax PRO Corn Addendum.

10.15    **Counterparts:**  This SmartStax PRO Corn Addendum may be executed in any number of counterparts with the same effect as if all Parties had signed the same document.  All such counterparts shall be deemed an original, shall be construed together and shall constitute one and the same instrument.  An electronic signature made through the means of Electronic Transmission under subsection 10.01 shall be as legally binding as a physical signature.

10.16    **Appendices:**  The appended Appendices form an integral part of this SmartStax PRO Corn Addendum.

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

IN WITNESS WHEREOF, the Parties hereto have executed this SmartStax PRO Corn Addendum, with one or more Parties having executed through use of the DocuSign® online document signing and delivery service provided by Third Party vendor DocuSign, Inc., to be effective as of the Effective Date.

**Latham Hi-Tech Hybrids, Inc.**

By: _John Latham_____

Title: President_____

Date: 1/10/2022_____

**BAYER CROPSCIENCE LP**

By: _____

Title: Techonology Agreement Manager_____

Date: 1/12/2022_____

**CORTEVA AGRISCIENCE LLC and AGRIGENETICS, INC.**

**Approved by Legal:** _DL_____

**CORTEVA AGRISCIENCE LLC**

By: _Anthony L. Klein_____

Title: VP, Global Corn Portfolio Leader_____

Date: 1/12/2022_____

**AGRIGENETICS, INC.**

By: _Anthony L. Klein_____

Title: VP, Global Corn Portfolio Leader_____

Date: 1/12/2022_____

26

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

APPENDIX A

**SmartStax® PRO Corn Addendum
(without Development Rights)**

**(December 2021)**

**TRADEMARK USAGE GUIDELINES**

The licensed trademarks ("Trademarks") (until Licensee is notified of any substitute marks) are:

| Mark | U.S. Registration No. or Application No. | Class and Goods |
|---|---|---|
| SmartStax® | 3790578 | 1 - Genes for use in the production of agricultural seeds |
| SmartStax® | 3772083 | 31 - Agricultural seed |
| Roundup Ready 2 Technology and Design® | 5944738 | 31 - Agricultural seed |
| RIB Complete® | 4159289 | 1 - Genes for use in the production of agricultural seeds |
| RIB Complete® | 4151873 | 31 - Agricultural seed |
| LibertyLink® (Owned by BASF and licensed to BCS) | 2081904 | 31 - Food crop seeds for agricultural purposes and agricultural grains for planting |
| LibertyLink® (Owned by BASF and licensed to BCS) | 5069393 | 1 - Biotechnologically-formed genes for use in the manufacture of agricultural seeds |
| Water Droplet Design® (Owned by BASF and licensed to BCS) | 3458711 | 31 - Agricultural grains for planting, agricultural seed |
| Acceleron® | 3800232 | 5 - Chemical preparations for the treatment of seeds, namely fungicides, insecticides, nematicides, inoculants and other biological agents |
| Acceleron® | 5711648 | 1 – Biological preparations for use in agriculture for the treatment of seeds; biological preparations for the treatment of seeds used in agriculture, microbial inoculants for application to agricultural seeds; soil conditioning preparations |
| Acceleron® | 6315893 | 1 – Chemicals for use in agriculture and horticulture for the treatment of seeds, chemical preparations for the treatment of seeds used in agriculture, fertilizing preparations plant growth regulating preparations |

27

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

| | | |
|---|---|---|
| BioRise® | 5927586 | 1 - Biological preparations for use in agriculture and horticulture for the treatment of seeds; chemicals for use in agriculture and horticulture for the treatment of seeds; chemical preparations and biological preparations for the treatment of seeds used in agriculture; plant growth regulating preparations |
| Poncho Votivo & Design™ (Owned by BASF and licensed to BCS) | 88/496186 | 1 - Chemicals used in agriculture, horticulture and forestry, namely, plant fortifying preparations; chemical or biological preparations for stress management in plants, plant growth regulating preparations, chemical preparations for the treatment of seeds, genes of seeds for agricultural production in the nature of biotechnologically-formed genes for use in the manufacture of agricultural seeds |
| Poncho Votivo & Design™ (Owned by BASF and licensed to BCS) | 88/496186 | 5 - Preparations for destroying and combating vermin; insecticides, fungicides, herbicides, pesticides |
| Poncho® (Owned by BASF and licensed to BCS) | 2786831 | 5 - Chemical preparations for the treatment of seeds, namely, insecticides for use in agriculture, horticulture and forestry |
| Poncho™ (Owned by BASF and licensed to BCS | 88/567846 | 1 – Chemicals used in agriculture, horticulture and forestry, namely, plant fortifying preparations; chemical or biological preparations for stress management in plants; plant growth regulating preparations; chemical preparations for the treatment of seeds; genes of seeds for agricultural production in the nature of biotechnologically-formed genes for use in the manufacture of agricultural seeds |
| Votivo® (Owned by BASF and licensed to BCS) | 3962428 | 1 - Chemical preparations for use in agriculture, horticulture; chemical preparations for the treatment of seeds; |
| Votivo® (Owned by BASF and licensed to BCS) | 3962428 | 5- Preparations for destroying vermin; insecticides |

1. Licensee agrees that it will use the Trademarks as directed pursuant to the trademark usage guidelines as set out on www.mycrop.bayer.com (internet address subject to change pursuant to the Corn Product License Agreement) or as more specifically directed in this SmartStax PRO Corn Addendum or in other guidelines provided by BCS on all Licensed Products or directly on the packages for such Licensed Products, but only on Licensed Products which are produced and packaged by Licensee in strict compliance with the standards and directions set forth in this SmartStax PRO Corn Addendum, and further agrees that it will use the Trademarks only on or in connection with Licensed Products which meet or exceed BCS's standards as described in this

28

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

SmartStax PRO Corn Addendum.  Licensee agrees that it will use the seed treatment Trademarks only on Licensed Products which have been treated with the seed treatment offerings.  In order that quality control can be assured, Licensee agrees to obtain from BCS (or a BCS-designated Third Party) foundation seed stock that will be used in producing seed of Licensed Product to be designated by the Trademarks.

2.    BCS shall have the right at all reasonable times to inspect and examine the methods, processes, containers and materials used by Licensee in producing the Licensed Products on which the Licensee uses the Trademarks and to request samples of such Licensed Products and materials, and Licensee agrees to permit such inspections and examinations and to furnish such samples.

3.    Upon written request from BCS, Licensee further agrees to submit all seed packages, seed tags, promotional, advertising and other materials on which the Trademarks are to be used, which materials were not supplied to Licensee by BCS, to BCS (or a BCS-designated Third Party) for prior approval of the Trademarks' usage, which approval shall not unreasonably be withheld.

4.    Licensee acknowledges BCS's or BCS's Licensor's, as the case may be, exclusive ownership of all right, title and interest in and to the Trademarks and agrees that Licensee's use of the Trademarks shall inure to the benefit of their respective owners.  Licensee further agrees that it will in no way dispute, impugn or attack the validity of said Trademarks or their respective owners' rights thereto.

5.    Licensee agrees to notify BCS immediately of any apparent infringement or dilution of the Trademarks.  BCS or BCS' Licensor, as the case maybe, shall take such action regarding such infringement or dilution as it deems, in its sole discretion, to be necessary or desirable, and Licensee agrees to cooperate therein.

6.    The respective trademark owners are responsible to clear for use, to choose to file and prosecute applications for the Trademarks and to maintain any resulting trademark registrations as each trademark owner deems, in its sole discretion, to be necessary or desirable, and Licensee agrees to cooperate therein.

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

**APPENDIX B**

**SmartStax® PRO Corn Addendum**
**(without Development Rights)**

**(December 2021)**

**PRODUCT PERFORMANCE AND QUALITY ASSURANCE SPECIFICATION**

**Notwithstanding any provision in this SMARTSTAX® PRO Corn Addendum, Licensee shall not use, sell, offer to sell, or otherwise transfer any Licensed Product unless such Licensed Product meets the following Quality Assurance Specifications for both herbicide tolerance and insect efficacy, which will be updated by BCS and Corteva from time to time and such shall be posted by BCS to www.corn-states.com or provided by BCS to Licensee by written notice or Electronic Transmission:**

**I. Quality Assurance Specifications**

**A.    Hybrid Seed Production:**

The production of Licensed Products must be in accordance with a written Quality Assurance (QA) program designed to establish and verify compliance with all applicable seed and biotechnology product laws and regulations.  Licensee is solely responsible for the establishment, implementation and effectiveness of its QA program.  BCS recommends that the QA program include inspection of seed production fields for all Licensed Products by the State Crop Improvement Association inspector, trained-qualified Third Party inspectors or trained-qualified Licensee company inspectors.

**B.    Presence of the Genes in Commercial (Hybrid) Seed:**

Licensed Products must exhibit a minimum trait purity level for the Cry1F, Cry2Ab (and/or TIC105), Cry3Bb, Cry34, CP4, PAT, and dvsnfZ traits using a protocol and statistical methodology approved by BCS.  Data should be maintained in the companies' possession for at least three (3) years following the last sale of the seed. All data shall promptly be made available to BCS upon request.  Laboratories and protocols, which may be amended from time to time by BCS acting for itself and as agent for Corteva, for determination of trait purity levels will be communicated to Licensee by written notice, Electronic Transmission or posted to www.corn-states.com.

**II. Costs and BCS Audit**

All costs associated with Product Performance and Quality Assurance programs shall be borne by Licensee.

BCS reserves the right to audit a Licensee's data for compliance with these requirements.

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

## APPENDIX B-1

### SmartStax® PRO Corn Addendum
### (without Development Rights)

### (December 2021)

### REFUGE BLEND LICENSED PRODUCT PERFORMANCE AND QUALITY ASSURANCE SPECIFICATION

### SMARTSTAX® PRO RIB Complete® Corn Seed Blend

This Appendix B-1 supplements APPENDIX B in your SMARTSTAX® PRO Corn Addendum. Notwithstanding any provision in this SMARTSTAX® PRO Corn Addendum, Licensee shall not use, sell, offer to sell, or otherwise transfer any Refuge Blend product, as identified in your SMARTSTAX® PRO Corn Addendum ("Refuge Blend Licensed Products"), unless such Licensed Product meets the following Quality Assurance Specifications.  These specifications and requirements will be updated by BCS from time to time and such shall be posted by BCS to **www.corn-states.com** or provided by BCS to Licensee by written notice or Electronic Transmission:

**I.  Quality Assurance Specifications for Refuge Blend Licensed Product**

    A.  If Licensee is notified by the USDA/AMS or any State Seed Control Officials that Licensee's seed blend products have been found to have lower percentage of the refuge component than is represented on the label, Licensee must notify a Corn States Licensing Lead within forty-eight (48) hours of receipt of the notice.  All Refuge Corn Licensed Product to be used in the Refuge Blend Licensed Product must meet all the Commercial Product Standards for the Refuge Corn Licensed Product as provided in the Refuge Corn Addendum.

    B.  The "SMARTSTAX® PRO Licensed Products", which is all seed other than the Refuge Corn Licensed Product that is to be used in the Refuge Blend Licensed Product, must meet all the Commercial Product Standards of your SMARTSTAX® PRO Corn Addendum.

    C.  All Refuge Blend Licensed Product must be blended according to a Refuge Assurance Program, Quality Management System, and other approved protocols, each approved by BCS, by a facility that is approved in writing by BCS.

    D.  All Refuge Blend Licensed Product must contain a maximum of 95 percent (by kernel count) of SMARTSTAX® PRO Licensed Product listed in Schedule A to your SMARTSTAX® PRO Corn Addendum for use in a SmartStax® PRO RIB Complete® Corn product.

    E.  All Refuge Blend Licensed Product must contain a minimum of 5 percent (by kernel count) of the Refuge Corn Licensed Product corresponding to the specific SMARTSTAX® PRO Licensed Product used in the Refuge Blend Licensed Product.  Refuge Corn Licensed Products are listed in Schedule A to your SMARTSTAX® PRO Corn Addendum for use in a SmartStax® PRO RIB Complete® Corn product.

    F.  All seed to be used in Refuge Blend Licensed Products must be checked for trait purity prior to blending.

31

## SUBJECT TO CONFIDENTIALITY RESTRICTIONS

G.  The same Seed Treatment must be used on all seed (SMARTSTAX® PRO Licensed Products and Refuge Corn Licensed Products) in Refuge Blend Licensed Product.

H.  If any seed in the Refuge Blend Licensed Product is colored, whether as a result of Seed Treatment or otherwise, upon notice from BCS, Licensee must report to BCS within 30 days the specific colors used, on which type of seed each color was used, and proportion of product produced in which differential color was used between the Refuge Corn Licensed Product and SMARTSTAX® PRO Licensed Product in each Refuge Blend Licensed Product.

## II.  Approval Requirements for Blending of Refuge Blend Licensed Products

[Section II to be supplied at a later date.]

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

DocuSign Envelope ID: E6D66222-2DC4-4B21-8686-A339CFB298FE

SUBJECT TO CONFIDENTIALITY RESTRICTIONS


**APPENDIX C**

**SmartStax® PRO Corn Addendum**
**(without Development Rights)**

**SEED SERVICES FEE**

(To be provided at a later date.)

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

**APPENDIX D**

**SmartStax® PRO Corn Addendum**
**(without Development Rights)**

**(August2017)**

**APPROVED SEED TREATMENTS**

The following are approved Seed Treatments, subject to the additional terms below:

**Acceleron® Corn Seed Treatment Products**

**Any other seed treatments that are registered in the U.S. for use on Licensed Products which (i) contain active ingredients that provide control of the key Corn seed-borne and seedling diseases and key Corn insect pests (i.e., fungicide and insecticide combination), and (ii) shall be applied at the manufacturer's recommended label rate to Licensed Product that meets the manufacturer's guidelines for seed quality before treatment.**

1.    Prior to applying Acceleron Corn Seed Treatment Products to Licensed Products, Licensee shall enter into a separate written agreement with BCS governing qualification for such application ("BCS Seed Treater Qualification Agreement").  Licensee shall not permit a Third Party to apply Acceleron Corn Seed Treatment Products to Licensed Products unless the Third Party has entered into a BCS Seed Treater Qualification Agreement.

2.    Seed Treatment must be applied at the manufacturer's recommended label rate.  Seed quality before treatment must meet manufacturer's guidelines.  Additionally, in the case of applying Acceleron Corn Seed Treatment Products, Licensee shall follow and cause Third Party applicators to follow all quality control standards, and quality assurance and application guidelines specified by BCS, including but not limited to any such standards and guidelines under the BCS Seed Treater Qualification Agreement.

3.    Should Licensee choose to use Acceleron trademarks in connection with use of the Acceleron Corn Seed Treatment Products, it shall use such trademarks pursuant to the subsection of the Agreement entitled Trademark Usage.

4.  Obsolescence Fee.  If Licensee disposes of Licensed Product that has been treated with Acceleron Corn Seed Treatment Products in a way that does not cause Licensee to owe a Product Royalty to BCS (e.g., destruction of treated obsolescent seed), then Licensee shall compensate BCS for the Acceleron Corn Seed Treatment Products used on such seed if such product had been delivered under a seamless royalty.  Licensee shall pay a fee ("Obsolescence Fee") for such product use that exceeds allowances announced by BCS.  The amount of the Obsolescence Fee and allowances shall be as announced by BCS, from time to time in its sole discretion, in a notice to Licensee.

Acceleron® is a trademark of Bayer Technology LLC.

34

SUBJECT TO CONFIDENTIALITY RESTRICTIONS

**SCHEDULE A**

**SmartStax® PRO Corn Addendum**
**(without Development Rights)**

**(December 2021)**

**LICENSED PRODUCTS**

(To be provided at a later date.)

SmartStax PRO Corn Addendum with 7.04 (b)
Corn Product License Agreement without Development Rights

**DocuSign**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: E6D662222DC44B218686A339CFB298FE | | Status: Completed |
| Subject: Latham Hi-Tech-SmartStax PRO Corn Addendum without Development Rights | | |
| Source Envelope: | | |
| Document Pages: 35 | Signatures: 4 | Envelope Originator: |
| Certificate Pages: 2 | Initials: 1 | Corn States Licensing |
| AutoNav: Enabled | | 800 North Lindbergh |
| EnvelopeId Stamping: Enabled | | St. Louis, MO  63141 |
| Time Zone: (UTC-06:00) Central Time (US & Canada) | | corn.states.licensing@bayer.com |
| | | IP Address: 149.234.194.181 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Corn States Licensing | Location: DocuSign |
| 12/29/2021 11:57:34 AM | corn.states.licensing@bayer.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| John Latham<br>johnl@lathamseeds.com<br>President<br>Security Level: Email, Account Authentication (Optional) | *John Latham*<br>7A64A9FC841140A...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 209.152.67.23 | Sent: 12/29/2021 12:00:10 PM<br>Viewed: 1/10/2022 4:56:21 PM<br>Signed: 1/10/2022 5:01:26 PM |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |
| Dean Lewis<br>Dean.Lewis@corteva.com<br>Security Level: Email, Account Authentication (Optional) | DS<br>*DL*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 165.225.62.44 | Sent: 1/10/2022 5:01:27 PM<br>Viewed: 1/12/2022 2:18:47 PM<br>Signed: 1/12/2022 2:18:52 PM |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |
| Anthony Klemm<br>tony.klemm@corteva.com<br>VP, Global Corn Portfolio Leader<br>Corteva Agriscience<br>Security Level: Email, Account Authentication (Optional) | *Anthony L. Klemm*<br>2D8A64D772B74D2...<br><br>Signature Adoption: Uploaded Signature Image<br>Using IP Address: 165.225.62.17 | Sent: 1/12/2022 2:18:54 PM<br>Viewed: 1/12/2022 3:27:51 PM<br>Signed: 1/12/2022 3:28:00 PM |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |
| Anthony Klemm<br>tony.klemm@corteva.com<br>VP, Global Corn Portfolio Leader<br>Corteva Agriscience<br>Security Level: Email, Account Authentication (Optional) | *Anthony L. Klemm*<br>2D8A64D772B74D2...<br><br>Signature Adoption: Uploaded Signature Image<br>Using IP Address: 165.225.62.17 | Sent: 1/12/2022 3:28:02 PM<br>Viewed: 1/12/2022 3:33:15 PM<br>Signed: 1/12/2022 3:33:21 PM |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Karinna Lozano<br>karinna.lozano@bayer.com<br>Techonology Agreement Manager<br>Monsanto<br>Security Level: Email, Account Authentication (Optional) | DocuSigned by:<br>37816A7D49BB4B8...<br><br>Signature Adoption: Uploaded Signature Image<br>Using IP Address: 161.69.122.15 | Sent: 1/12/2022 3:33:22 PM<br>Viewed: 1/12/2022 3:39:52 PM<br>Signed: 1/12/2022 3:39:58 PM |

**Electronic Record and Signature Disclosure:**
   Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 12/29/2021 12:00:10 PM |
| Certified Delivered | Security Checked | 1/12/2022 3:39:52 PM |
| Signing Complete | Security Checked | 1/12/2022 3:39:58 PM |
| Completed | Security Checked | 1/12/2022 3:39:58 PM |

| Payment Events | Status | Timestamps |
|---|---|---|